**Order entered August 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00562-CR

**TRAMON DEVONTE MATHIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-20970-T**

## ORDER

The Court **GRANTS** the August 24, 2015 request of court reporter Vicki Tuck for an extension of time to file the reporter's record only to the extent that we **ORDER** Ms. Tuck to file the complete reporter's record, including all exhibits, by **SEPTEMBER 30, 2015**.

We **ORDER** the Dallas County District Clerk to file the clerk's record in this appeal within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to court reporter Vicki Tuck, official court reporter, County Criminal Court No. 1; Mary Snider, official court reporter, 283rd Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    LANA MYERS
          JUSTICE